UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-80-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUAN CARLOS VELASQUEZ-PENUELAS, | ) | |
| Defendant. | ) | |

This matter is before the court on Juan Carlos Velasquez-Penuelas's pro se letter motion [DE-36], which was received in chambers on January 25, 2013. Velasquez-Penuelas's motion, which is titled "[m]otion pursuant § 5K3.1 'Fast Track Law,'" argues that under 18 U.S.C. § 3553(a) the court should have imposed a lower sentence to avoid sentencing disparities caused by U.S. Sentencing Guidelines § 5K3.1.

Velasquez-Penuelas, a native and citizen of Mexico, pled guilty to illegal reentry by an aggravated felon, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). His guideline imprisonment range was substantially increased by a sixteen-level enhancement, which he received because he had previously been deported or unlawfully remained in the United States after a conviction for a felony drug trafficking offense. He was sentenced on January 4, 2012 to a term of 70 months imprisonment, at the bottom of his advisory sentencing range. *See* Judgment [DE-25]. He appealed to the Fourth Circuit, raising a claim of procedural error at sentencing, but the Fourth Circuit affirmed. [DE-34].

Because Velasquez-Penuelas's motion challenges the legality of the court's sentence, the motion should be brought pursuant to 28 U.S.C. § 2255 and the court proposes to re-characterize

Velasquez-Penuelas's letter as a § 2255 motion. A § 2255 collateral attack on a conviction or sentence must be filed on the appropriate form. Rule 2, Rules Governing § 2255 proceedings; Local Civil Rule 81.2 (E.D.N.C.). If Velasquez-Penuelas chooses to file an amended § 2255 motion, he must re-submit his motion on the appropriate form. The Clerk of Court is DIRECTED to forward a copy of the appropriate form to Velasquez-Penuelas at his last known address.

In addition, because the court proposes to re-characterize the motion as a § 2255 collateral attack on Velasquez-Penuelas's sentence, the court provides the following notice, in keeping with *Castro v. United States*, 540 U.S. 375 (2003) and *United States v. Blackstock*, 513 F.3d 128 (4th Cir. 2008):

### NOTICE OF INTENT TO CHARACTERIZE FILING AS A § 2255 MOTION

Mr. Velasquez-Penuelas, you are advised that the court intends to characterize your letter motion as a § 2255 collateral attack on your conviction. After you receive this notice, you may choose to withdraw your letter or file an amended motion on the appropriate § 2255 form. If you choose to file an amended § 2255 motion on the appropriate form, *you must include all the challenges to your conviction or sentence that you wish to raise, including but not limited to the challenges set forth in your letter motion.* United States law places restrictions on the number of § 2255 motions a prisoner may file, and, subject to certain narrow exceptions, prisoners are generally prohibited from filing second or successive § 2255 motions. For this reason, you must include all of the challenges to you conviction or sentence in your first § 2255 motion because you will likely be prohibited from filing additional § 2255 motions. The motion should include

2

all of the challenges raised in your letter to the court regarding the fast track law, as well as any other challenges you wish to raise.

## CONCLUSION

The Clerk of Court is DIRECTED to forward a copy of the appropriate § 2255 form, along with a copy of this order, to Velasquez-Penuelas at his last known address. **If Velasquez-Penuelas chooses to file an amended § 2255 motion, he is DIRECTED to return the form, in accordance with these instructions, within twenty-eight (28) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

Send the original of the § 2255 form to:

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, NC 27611

SO ORDERED.

This the 1st day of October, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

3